
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARMERS INSURANCE EXCHANGE
(Claimant: Samuel Logan, Jr.),

    Plaintiff,

vs.

Case No. 12-11409
Hon. George Caram Steeh

UNITRIN DIRECT INSURANCE COMPANY,

and

RESPONSE INSURANCE COMPANY, and/or RESPONSE
WORLDWIDE DIRECT AUTO INSURANCE COMPANY,
and/or RESPONSE WORLDWIDE INSURANCE COMPANY,

and

LANEETA NICOLE ANDERSON, a/k/a
LANEETA NICOLE INGRAM,

and

DION INGRAM,

    Defendants.

| | |
|---|---|
| Joseph Mierzejewski P32540<br>ANSELMI & MIERZEJEWSKI, P.C.<br>Attorneys for Plaintiff<br>1750 S. Telegraph Road, Suite 306<br>Bloomfield Hills, MI 48302<br>(248) 338-2290<br><br>James A. Swaim P46151<br>GARAN LUCOW MILLER PC<br>Attorney for Defendants Ingrams<br>1000 Woodbridge Street<br>Detroit, MI 48207<br>(313) 446-5526 | Hans H.J. Pijls (P37248)<br>PLUNKETT COONEY<br>Attorneys for Defendants Unitrin Direct<br>Insurance Company, Response Insurance<br>Company, Response Worldwide Direct Auto<br>Insurance Company, and Response Worldwide<br>Insurance Company<br>535 Griswold, Ste. 2400<br>Detroit, MI 48226<br>(313) 983-4846 |

**ORDER REGARDING PLAINTIFF'S MOTION FOR AN ORDER
COMPELLING DISCOVERY AND/OR TO SUBMIT ADDITIONAL
DISCOVERY TO DEFENDANT'S RESPONSE, RESPONSE
WORLDWIDE AND UNITRIN, DOC. #16**

1

This matter having come before this Court upon Farmers' Motion for Order Compelling Discovery, etc. (Doc. #16), Defendants' having filed an answer thereto (Doc. #19), and the Court having heard oral argument on October 2, 2012;

NOW, THEREFORE, IT IS HEREBY ORDERED, that Plaintiff's Motion is granted in part and denied in part as follows:

1. Plaintiff's request for production of documents related to the purchase of the Response Defendants by Unitrin Direct Insurance Company and/or its affiliated entities is denied, because it is not reasonably calculated to lead to the discovery of admissible evidence;

2. Defendant Response Worldwide Direct Auto Insurance Company shall provide Plaintiff with a copy of the application of insurance, if any, pursuant to which the policy was issued;

3. Response Worldwide Direct Auto Insurance Company shall identify the names of any adjusters involved in the adjustment of the *Logan v. Anderson* claim, the *Farmers v. Response* claim, and any claim for PIP benefits made by Samuel Logan, Jr., and shall make any such adjuster available for deposition if Plaintiff so requests;

4. Response Worldwide Direct Auto Insurance Company shall identify the insurance agent, if any, who may have been involved in the application for insurance.

                                                  s/Mark A. Randon
                                                  MARK A. RANDON
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: October 31, 2012

### Certificate of Service

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 31, 2012, by electronic and/or first class U.S. mail.*

2

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*

The parties, through undersigned counsel, stipulate to entry of the above Order, as to form only.

| | |
|---|---|
| */s/ Joseph Mierzejewski w/permission*<br>JOSEPH MIERZEJEWSKI P32540<br>Attorney for Plaintiff | */s/ Hans H.J. Pijls*<br>HANS H.J. PIJLS (P37248)<br>Attorney for DefendantsUnitrin/Response |

Open.20048.12396.12248468-1

3